```
REBEKAH LEE CASTILAW              SBA
STEVEN BRANDT CASTILAW            801 TOM MARTIN DR
115 NEWTON AVE                    STE 210
HATTIESBURG, MS 39402             BIRMINGHAM, AL 35211


THOMAS C. ROLLINS, JR.            SBA
THE ROLLINS LAW FIRM, PLLC        C/O US ATTORNEY'S OFFI
P.O. BOX 13767                    501 E COURT ST
JACKSON, MS 39236                 STE. 4.430
                                  JACKSON, MS 39201


CAPITAL ONE                       SOUTH CENTRAL CLINICS
PO BOX 31293                      P.O. BOX 247
SALT LAKE CITY, UT 84131          LAUREL, MS 39441


DAVID PAGE                        TURTLE CREEK DENTAL CA
108 TOWNSHIP RD                   6032 HIGHWAY 98 W.
LAUREL, MS 39443                  HATTIESBURG, MS 39402


GOLDMAN SACHS BANK USA            US ATTORNEY GENERAL
ATTN: BANKRUPTCY                  US DEPT OF JUSTICE
PO BOX 70379                      950 PENNSYLVANIA AVENW
PHILADELPHIA, PA 19176            WASHINGTON, DC 20530-0001


HANCOCK WHITNEY                   USAA FEDERAL SAVINGS
PO BOX 211269                     ATTN: BANKRUPTCY
MONTGOMERY, AL 36121              9800 FREDERICKSBURG RD
                                  SAN ANTONIO, TX 78288


MERIT HEALTH WESLEY
5001 HARDY ST
HATTIESBURG, MS 39402


NATIONSTAR
350 HIGHLAND
HOUSTON, TX 77067


REGIONS BANKCARD
ATTN: BANKRUPTCY
1900 5TH AVE N
HOOVER, AL 35203
```